STATE OF NEW JERSEY v. ALEXANDER V. MIRONOV.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL HARVEY.

May 18, 1981.

Petition for certification denied.

EDWARD C. MUELLER v. NEW JERSEY SPORTS AND
EXPOSITION AUTHORITY AND NEW JERSEY
RACING COMMISSION.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM BOCASH.

May 18, 1981.

Petition for certification denied.